```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**THE LITTLE HOCKING WATER ASSN., INC.,**

    **Plaintiff,**

   **vs.**                                 Civil Action 2:09-cv-1081
                                              Judge Smith
                                              Magistrate Judge King

**E.I. DU PONT DE NEMOURS & CO.,**

    **Defendant.**

## ORDER

    The Court conducted a status conference in this case on September 8, 2011.  All parties were represented.

    Plaintiff's concerns about certain technical issues associated with defendant's document production remain.  The parties are **DIRECTED** to effect a meeting of their IT representatives in an effort to resolve these issues.  The parties will exchange proposed agendas for this meeting no later than September 23, 2011; the parties will agree on a final agenda for this meeting and submit that agenda to their representatives no later than September 30, 2011. The meeting of the IT representatives must take place no later than October 7, 2011.

    No later than September 12, 2011, plaintiff will produce a revised supplemental privilege log and will respond to defendant's concerns relating to plaintiff's metadata.

    No later than September 16, 2011, defendant will respond to plaintiff's concerns about the sufficiency of defendant's privilege log and responses to plaintiff's discovery requests.

    Defendant has proposed a deposition schedule, to which plaintiff will promptly respond.  The parties are **DIRECTED** to schedule all such depositions no later than October 7, 2011.

    Defendant has filed a motion to compel, Doc. No. 68, and a motion

for leave to file under seal three documents designated by plaintiff as confidential, Doc. No. 69.  Plaintiff will file written response to those motions no later than September 26, 2011. As it relates to the motion for leave to file under seal, plaintiff will be expected to justify its designation of those documents as confidential.  Defendant may reply within rule.

**The Court will conduct another status conference on October 19, 2011, at 11 a.m.**  The Court expects that counsel will have attempted in good faith to resolve any remaining discovery disputes prior to that conference.

*s/Norah McCann King*
Norah M$^c$Cann King
United States Magistrate Judge

September 9, 2011
(Date)