UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE HOCKING WATER ASSOCIATION, INC., : : | Case No. 2:09-cv-1081 |
| Plaintiff : : | |
| : | Judge George C. Smith |
| v. : : | |
| : | Magistrate Judge Norah McCann King |
| E.I. DU PONT DE NEMOURS AND COMPANY, : : | |
| Defendant : | |

## PLAINTIFF'S NOTICE OF FILING UNDER SEAL

Plaintiff, Little Hocking Water Association, Inc., hereby gives notice that Exhibits 25 and 31 to its Reply in Support of its Motion to Compel (Doc. 120) were filed under seal on September 7, 2012. The exhibits are:

Exhibit 25 - Document beginning with Bates number 092-0245-0004936; and

Exhibit 31 - Document beginning with Bates number 054-0236-0002124.

The court granted leave for this sealed filing on September 6, 2012. (*See*, Doc. 125).

Respectfully Submitted,

s/ Justin D. Newman
D. David Altman (0021457), *Trial Attorney*
Amy M. Hartford (0074836)
Justin D. Newman (0080968)
D. DAVID ALTMAN CO., L.P.A.
15 East 8th Street, Suite 200W
Cincinnati, Ohio 45202
(513) 721-2180
(513) 721-2299 (fax)
daltman@environlaw.com

*Counsel for Plaintiff Little Hocking Water Association, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2012, I caused a true and correct copy of the foregoing *PLAINTIFF'S NOTICE OF FILING UNDER SEAL* to be filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Justin D. Newman

*Attorney for the Plaintiffs*