IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE LITTLE HOCKING WATER ASSOCIATION, INC., : : : | |
| Plaintiff, : : | Case No. 2:09-CV-1081 |
| v. : : | JUDGE ALGENON L. MARBLEY |
| E.I. du PONT de NEMOURS and COMPANY, : : | Magistrate Judge King |
| Defendant. : : | |

**ORDER ON MOTIONS AND SETTING BRIEFING SCHEDULE**

Parties met for a telephonic status conference on the matter at 3:30pm on February 9, 2016. At the conference, parties addressed the impasse regarding two aspects of the settlement agreement, which are the terms of the mutual release and the terms to be incorporated from the consent decree and permit. Parties are directed to submit their positions and accompanying memoranda with the Court on or before February 16, 2016.  Said memoranda are not to exceed 20 pages as set forth in Local Rule 7.2(a)(3). Replies will be due on or before February 19, 2016 and are not to exceed 10 pages.

On February 23, 2016, counsel with their respective clients will meet in chambers at 10am to address issues in dispute. If counsel are unable to resolve the remaining issues in dispute, this case will proceed to trial, and a scheduling order will follow.

1

Given the confidential nature of much of the settlement and the public interest in favor of maintaining the secrecy of the agreement,[1] the Court grants parties leave to file their briefs under seal.

Defendant's Motion to File Document under Seal (Doc. 484) and Plaintiff's Motion to Strike (Doc. 486) are **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

*s/Algenon L. Marbley*_____
**Algenon L. Marbley**
**United States District Court Judge**

**DATE: February 11, 2016**

---

[1] *See Goodyear Tire & Rubber Co. v. Chiles Power Supply, Inc.*, 332 F.3d 967, 980 (6th Cir. 2002) ("[T]here exists a strong public interest in favor of secrecy of matters discussed by parties during settlement negotiations.")"